**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6310

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ANTHONY HATCHES, a/k/a Jameel Smith, a/k/a Anthony Dove, a/k/a Ant Hatches, a/k/a Anthony Farvey,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:02-cr-00058-NKM-1)

Submitted: May 31, 2012          Decided: June 6, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Hatches, Appellant Pro Se. Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia; Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Hatches appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(B) (2006) motion and motion for reconsideration. We grant Hatches' motion to file supplemental briefs. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. United States v. Hatches, No. 3:02-cr-00058-NKM-1 (W.D. Va. Feb. 1 & 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court did not have authority to grant the motion to reconsider, because a motion to reconsider is not a proper vehicle to seek review of a ruling on a § 3582 motion. United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010).